FILED  
United States Court of Appeals  
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

June 16, 2022

Christopher M. Wolpert  
Clerk of Court

―――――――――――――――――――――

| | |
|---|---|
| NANCY J. MARTINEZ,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant - Appellee. | No. 21-1352<br>(D.C. No. 1:20-CV-00659-DDD-NRN)<br>(D. Colo.) |

―――――――――――――――――――――

**ORDER**

―――――――――――――――――――――

Before **MATHESON** and **BACHARACH**, Circuit Judges.

―――――――――――――――――――――

This matter is before the court on appellant's seventh motion for extension of time to file the opening brief in this appeal. Upon consideration, the motion is granted. The opening brief shall be filed and served on or before June 21, 2022. Appellant is cautioned that if the opening brief is not served and filed by June 21, 2022, this appeal may be dismissed without notice for failure to prosecute. *See* 10th Cir. R. 42.1.

                            Entered for the Court

                            CHRISTOPHER M. WOLPERT, Clerk