RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT

2022 JUN 21  PM 4:19

| | |
|---|---|
| 10TH Circuit Court of Appeals<br>1823 Stout Street<br>Denver, Colorado 80257 | |
| Appeal from:<br>District Court of Colorado: Nancy J. Martinez<br>District Court Judge: The Hon. Judge Domenico<br>District Court Case Number: 20-CV-00659-DDD-NRN | |
| In the Case of:<br>Plaintiff/Petitioner: Nancy J. Martinez<br>☒ Appellant or ☐ Appellee<br>&.<br>Defendant/Respondent: Allstate Insurance Company<br>☐ Appellant or ☒ Appellee | ▲ FOR COURT USE ▲ |
| Filing Party Name: Nancy J. Martinez<br>Address: 6328 Vance Street<br>            Arvada, Colorado 80003<br>Phone: (720)557-0592<br>E-Mail: nmartinez8004@gmail.com | Court of Appeals'<br>Case Number:<br>21-1350 |
| **OPENING BRIEF** | |

# Certificate of Compliance

I certify that this brief complies with the requirements of Colorado Appellate Rules (C.A.R.) 28 and 32. Including:

Word Limits: My brief has 3767 ber of Words} **words**, which is not more than the 5,700 word limit.

I understand that my brief may be rejected if I fail to comply with these rules

_____
Signature of the Appellant



# Table of Contents

1. Introduction: P. 4
2. Statement on this case and the facts: P. 5 to P. 9
3. Statement to the Case and Facts: P. p – P. 12
4. Statements of the Issues and the arguments : P. – 16
5. Authorities. 16
6. Conclusion : P. 17 – P. 18



# Introduction

I am a permanently disabled Pro se in this 10th Circuit Court of Appeals. II am a woman over the age of 78 years old and severely injured due to this car accident including by not limited to a brain bleed that causes vision impairment and I am legally blind with many other injuries to my body. I had a shattered pelvic, spinal cord injury, 11 fractures down my back, 3 fractures in my sacrum and one big fracture in my pubic bone. I had a lacerated liver, my stomach six-centimeter tear in my stomach that was pushed up my lungs and heart as one surgeon put it. I had a brain bleed a dislocated right hip, a fractured right elbow and a right knee that was split wide opened needing 10 states to close it up.

I was taken by ambulance from the scene of this accident on 1/22/2014 and Good Smartian Hospital said I was too critical and after midnight sent me to another Hospital by ambulance. Swedish put my dislocated right hip back in place as it was not broken but the Cartledge was blown off of it. My family was told for 5 days that I was not going to make it and he could not do surgery on my shattered pelvic until my brain bleed came down and I stabilized. 5 days later my brain bleed came down and he was able to do surgery on my shattered pelvic. I woke up six days later and



| 4

Donald Hernandez, he person who hit me was issued a ticket for not having insurance on the car he was driving.

## STATEMENT ON THIS CASE AND THE FACTS

Trying to file this appeal I have met with hostility, rudeness, and no help from the clerks. Mainly Lisa who I did complain about. I asked for a template to do this Opening Brief and was told do the best you can. Robert is the ONLY clerk that has been nice to me and helped me.

I filed this appeal on October 12, 2021 and was having more problems with my heart. On October 20, 2021 I physically went down to the 10th Court of Appeals building and met with hostility again. I used the ramp as I ws in my electric scooter, as always, and it was cold and the man in a blue blazer let me in the door out of the cold and asked if I had my vaccination. I said no. I am under the medical exempt and have a doctor letter and 3 pages of reactions to medicine. He said then I cannot enter the bui8lding if I am not vaccinated. As to date I am barred from going into this building until I get vaccinated which I cannot do. Nobody would help me get my document statement of appeal.

On or around 11/26/2021 I received a letter and a packet stating that I did not pay my filing fee of $505.00. I went down immediately to Federal Building in my



e3lctric scooer and they let me in and I could use their computers whereas I was told I could not use the computers at the 10th Circuit Court of Appeals building as I was barred from entering this building. The Federal clerk said they messed up but would fix it and notify the appeals court. I don't think I received my welcome package they call it until December 2021. It was too late to file my document of appeal.

I also noticed that when I filed all of these motions that I was being discriminated aglint as I was barred from entering the building at Stout street none of this is on my docket records in this case and they were all answered by the clerk named Christopher M. Wolpart and not a judge. I was denied. So I am still barred from entering even though the last time I went there the mandate was liftred and I was still barred. I am being now it is because I am disabled and old and sick and can't fight back. I tried but found out that the clerk has 8 lawyers.

Now the date on this docket is 10/14/02021 and it is wrong and the name of this docket is called; "General Docket" and the dates are all wrong and I tried to file a motion to get this fixed and was denied. The clerk said to mention it in my opening brief. Date filed: 03/10/2020. That is wrong. It should be 10/18/2020 and that is the date on the final judgement of 20-CV-00658-DDD-NRN. If they scanned it that should not be. It makes the defendant legal as he ws not legal on this case of 19-CV-



| 6

215, Martinez V. Allstate   PLEASE CHANGE THAT TO THE RIGHT DATE OF 10/18/2019 that this lawsuit was filed called 19-CV-215.

Prior Cases: NONE is also wrong. Please correct to: 17-CV-30079, Martinez V. Hernandez, and 19-CV-203 Martinez V. Schatten law Firm, And 70-CV-70, Martinez V. Paul Novak Agency for Allstate Insurance.  PLEASE CHANGE AND CORRECT.

Also change CURRENT CASES: NONE.  This is wrong and must be changed. Please put down current cases: 19-CA-1417, Martinez V. Shatten and 20-Ca-1081, Martinez V. Paul Novak Agency for Allstate Insruance.

Then I had severe medical and was Granted 7 extension to do this Opening Brief. I thank the two Judges, Judge MATHESON and Judge BACHARACH. For all my extension as this has been medically hard for me.

Statement of this case was it started out to be a lawsuit against Allstate Insurance Company for a Bad Faith claim as my former attorney did not sue them and I only had until October 23, 2019 to sue. I sued on 10/18/2019. Case 19-CV-215, Martinez V. Allstate. The claims for relief were: Bad Faith, Fraud, statutes of limitation, Insurance Fraud, Breach of Contract, negligence, civil conspiracy, Breach of Fiduciary Duty.  Fraud is mentioned here twice as the opposing attorney has done a kinds of fraud in this case and none of it has been addressed.  That would be fraud

on the courts as well as the two judges that are ignoring this. These are all facts in this case of fraud as it is mentioned all though these two cases. The record will show that Robert Mitchell, the attorney moved case 19-CV-215 and put them in Federal Court in this case 20-CV-00659. These are all facts that have been ignored by all the judges and will be in this case as Fraud. Therefore, one of these two frauds is what my stratement is all about.

The FACT that Robert Mitchell, the attorney that came on this case on 11/21/2019 and said he was representing Paul Novak and Allstate. Allstate had me serve my former agent which was Paul Novak. The main number I called said that is what I had to do and they took advantage of my demisted capability working with this brain bleed, known as a TBI. FACT: This attorney Robert Mitchell filed pleadings all though this case 19-CV-215, Martinez V. Allstate and I filed motions striking all of his pleadings in Jefferson County Court and was ignored by Judge Pilkington. It is and will be proven in my arguments proof that he was in fact representing Allstate when I had not served Allstate and on 1/8/2020 attended a Status Conference where Judge Pilkington states that Robert Mitchel is representing Allstate and yet Robert never did a Entry of Appearance and Allstate had not been served. FACT: Now in this case in Federal court Judge Neureiter now is part of this fraud as well and I will be pointing that to as well. Also correcting the 10th Circuit Court of Appeals has put date filed



03/10/2020 and that would make me lose my case as well as put Robert valid.

FACT: I filed this case on 10/18/2019. I did correct this above. Also FACT: I will prove all is timely of my filings. Last FACT of this case is proving this and I will show proof thought out the below arguments. .

### STATEMENTS TO FACTS OF THE ISUES FOR REVIEW

Fact: Around 2/3014 my husband got Sawaya Law Firm and around March I left this not very good lawyer and said I was going to Allstate to do the investigation and they will protect me. He said ok. They will send me my files.

FACT: I went to Asltate, my agent Paul Novak said he would have a investigator named Alisha Reyes do this investigation. He nor she never got any release of information for me to sign. So, their investigation was bogus and fraud. That is whyu Robert Mitchell, the attorney for Allstate is trying to get me to sign releases all though this case. I would not and did not.

FACT; Two pieces of paper that are fraud. One is the Paul Novak wavier that he made me sign that I will only accept $50,000.00. He misrepresented what he wanted me to do and he never called my husband to sign this document ONLY me as I am disabled and he took advantage of me and this is dated 1/12/2011. I never saw this or remembered this but Robert on 12/27/2019 presented me with a copy of this



| 9

when he filed a motion to dismiss Paul novak, my old agent. This is what I am calling fraud. The 2nd document is a letter signed by allstate dated July 28, 2014 that once again Robert Mitchell, the defendant's lawyer produced on the interrogatories in Docket #59 on 7/10/2020. Also, in this docket number Joint Discovery Statement I also prove that it was not my fault and Donald Hernandez the person who hit me was at 100% at fault. Yet Allstate said they would not pay as I was at 50% at fault. I show and gave Judge Neureiter 12 pictures of Arvada police department photos of this accident. Allstate has also said it was a do not cross walk. These pictures prove that there were white lines and it is a cross walk. There were 4 officers there and fire department and ambulance drivers and nobody saw a do not cross sign because there was none. If this document number is wrong then I had a brain bleed and some of these dockets are duplicated thought out the courts, I think.   I prove my case.

FACT: My brain bleed does not allow me to go back and forth to get case numbers and see them as I am legally blind and use a magnifying glass with a number 3 on top and left bottom corner is a 5 power and the right bottom number is 6. Two eyes do not control hen I am seeing print or my phone and I have to use one eye and the magnifying glass.

FACT:   Judge Neureitger commits fraud in this case as well. Docket #150 dated 8/19/2021 and does a minute order. He is backing up to deny my Motion to compel



| 10

as Robert Mitchell has stopped all of my people at the interrogatories (DK. #140) on 2/19/2021. This is fraud on the courts as Judges cannot do this as he has already made a decision on this case to grant the Defendant's Judgement on the Pleadings. (DK. #140) dated 1/15/2021. He cannot do this once there is a decision. Also, he did this as I would have won this case as Robert Mitchell, the Defendants lawyer has been dishonest and illegal all though these cases. Tom Linton works for Allstate as an adjust and was working with the Sayawa team way back 1/30/2014 after my husband hired them and I could have this date wrong but it was right after I was hit and in rehab so it could have been February. I am in the process of getting my records now. I told Robert Mitchell on the phone that Susan at Allstate said I had to call T|om Linton as my case was still opened. That is why I called him in for the interrogatories but Robert Mitchell stopped this. He talked to tom Linton and laughed and said he is my client now and you cannot talk to him and I ma putting him on the privilege log. FACT. |Robert Mitchell has stolen all my former lawyer, Marc Schaten's discovery and disclosures in case 17-CV-30079, Martinez V. Hernandez and gotten all of this information off the electronic tired documents and that is not fair and that is all in (DK. #133) I would ask the standard of Review to be de novo on all of this Docket #133. I cannot do pages as it is the whole docket that proves my case.



FACT: Tom Linton proves my case was still opened. I was denied by phone by Alisha Reyes as I was not in my automobile. Therefore, they cannot go after money there they were going to go to my umbrella where they could get the money. I never heard from her again. So that is why my case is still opened. My umbrella was in place and Allstate should have paid.

FACT: Robert Mitchell hs done a lot of underhanded things in this case and no Judge thus far has stopped him. II can prove all that happened in Jefferson County Court as Robert Mitchell pulls all documents over under (DK. #1) this case as he brings these documents over under Exhibits A.

Fact: On 7/10/2020 I would ask you to red all of this docket as it proves all and Judge Neurieter was being a fair and honest judge and old Robert Mitchell that Plaintiff has proven it was not her fault with these pictures and he asked Robert now prove where she is at more then 59 at fault and Robert Mitchell could not. Then he denied Robert Mitchell's request for me to fill out all the release of information forms for my medical. Judge Neureiter answer that the Plaintiff is right in her issues and she states this was not about medical and allstate never got release of information from me and they should have so their investigation was bogus

FACT: Judge Neureiter was a attorney for Allstate before he became a judge. .



FACT: The Judge Domenico says several times in his decision to grant the Defendant Judgement on the Pleadins but there are more then one or two facts that the defendants have listed. And they listed the only ones they think t hey an win on as all the other pleadins do not carry weight and they do.

## STATEMENTS OF THE ISSUES AND ARGUMENTS

a. First Issue

My claims are barred as they are untimely. This will be proven in all the other pleadings such as Standard of Review should be de novo and all of the pleading should be looked at especially Docket (DK #133) my whole case is on that and this should have Standard of Review e novo. (DK #161) where plaintiff objects to Judge Neureiter's going back 8 months. This is fraud and stops the plaintiff from winning. It should have never happened. (DK. 159) should be Standard of Review de novo as all this pleadings proves everything I am saying about Robert Mitchell trying to get me to sign all these releases. I will not. Allstate should have done this and they did not so Robert choose to be dishonest and steal all of this information from my former attorney who I gave all of this information to in the first



Place. Tis is fraud. (DK. 151 dated 2/20/2021 Plaintiff's rebuttal and this would have to be under Standard of Review de novo as I cannot pick out defend pages as it all pertains and I cannot do it anyway due to my disabilities. (DK. #153) dated February 8, 2021 Objections to Judge Neuretier's recommendations. (DK. ##133_ which is one of the defenses and judges dockets but here I am using C.R.C..P. Rule 17 which works and all though this pleading of plaintiffs there is more information as to why this should be reversed in my favor and I cannot give you all pages as I would run out of room. This was dated 12/31/2020. (D.K. #149) some of my expenses of injuries but not all as they are ongoing. This was filed on February 1, 2021 and should be Standard of Review de novo. I have two more and a 3rd in progress now. A hip replacement 2020 and Pacemaker retractions 2022 and ongoing issues with doctors and other parts of me. This is not updated and still ongoing and the Defendant states I have no proof of any damages. This accident has many damages and he knows it. I don't think anyone gets hit at 45r mph and not have injuries? (DK. #67) is Defendants Motion for Judgement on the Pleadings and this is where there is no proof of any kind that would have them win this and they should have been denied. This is dated 1/15/2021 as This should be under the Standard of Review de novo. This is important to Review under de novo and let the judges see their time lines are all wrong. I was hit on 1/22/2014 and my 2nd lawyer



filed timely on 1/19/2017. I am not sure but when I get my files I will find out if Michael Sawaya filed a UIM. I called yesterday to get my files. The other lawyer they got rid of so I will have to check but it does not matter either way and Tom Linton is the key to saying my case was still opened and that is when Robert Mitchell laughed at me and said he talked to him and put in attorney client. But all the people in the interrogatories he was their lawyers also so why didn't he answer the questions. Robert Mitchell stopped them from answering all of Allstate he objected to and that is why Standard of Review has to be de novo Plus Robert never answered motion for production and his interrogatories.

b. 2ND ISSUE

This will have to be my last issue as I am getting sick and have to stop. It would be the two judges. The final Judgment was Judge Domenico and his time lines were all messed up as he followed what Judge Nerureiter did in his recommendation They both said I was time barred as I was not. (DK. 138 is the most damaging and the two judges knew it so they went on time barred. The defendant uses there is no proof to show Paul Novak did fraud. Yet he was the one that gave me the wavier. Nobody in their right mind would agree to lose $200,000.00 if in a accident. Paul Novak said it was for the UIM and that is all he needed. But I have seem to lost this case



| 15

per these two judges on barred but Tom Linton of Allstate said my case is still opened because I was denied under the auto as I was not in my auto and the umbrella was still in progress when Allstate denied me and Robert Mitchell produced this letter dated July 28, 2014 from Allstate that said I was at 50% at fault and that is why (DK. 58) proves my case. I have proof I produced pictures that shows I was all across the six lanes and was hit from behind and drug back under the car of Donald Hernandez.

### 3RD ISSUE

Did the District Court1   Judge apply he facts?  NO

Did the District Judge decide grounds for relief.  NO

Do You feel the District court apply the wrong law.  Yes.

### AUTHORITIES AND

c.r.c.p  121

C.R.C.P. Rule 73



| 16

C.R.S 10-3-1115

C.R.S. 10-3-1116

C.R.S. 13-80-101(n)

C.R.S. 18-5-211

I am at a diaadvanctage because I canot track back and forth without losing my vision so these are all on page 2 of Defendants (DK. #76)

C.R.S. 13-80-102

## Conclusion

I am asking the 10tgh Circuit Court of Appeals to overturn this and GRANT the Appellant of her claims and the ongoing claims as well and |DENY the Defendants this Judgement of the Pleadings.

I would ask the 10th Circuit Court of Appeals to GRANTY the Appellant all of her claims as well as compensation for the Appellant for the attorneys doing a lot of illegal actions.

I would like the 10th Circuit Court of Appeals to award the Appellant all she is entitled to as the appellate court uses their own discretion.



And IF this 10th Circuit Court of Appeals has the power to awarded the Appellant 2.5 Million dollars for all of her damages and punitive damages for the actions of these Defendants. This will set a president for their actions and stop other Defendants from doing the same thing.

Respectfully submitted,

June 21, 2022            Signature: _Nancy J. Mart_
                                    Appellant



## Certificate of Service

I certify that on {Enter Date Served} I filed this Reply Brief with the Court of Appeals. I sent a copy to the people listed below: (Every party in the case should get a copy. If a party has an attorney, send their copy to the attorney.)

Name of Person: Joel Richardson, Rebecca Wagner, Robert Mitchell and Emma Knight,_____

Sent by (Check One):    ☒ U.S. Mail; OR ☐ In-Person Hand Delivery

Address:    5251 DTC Parkway, Suite #400
Greenwood Village, Colorado  80111

{Enter Other Parties' Service Information Here}

Signature: _____
Appellant



| 19